

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00176-CR

Joe Anthony **LARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1132
Jefferson Moore, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to October 26, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Nicolas A. LaHood                    Michael D. Robbins
     District Attorney, Bexar County      Appellate Public Defender's Office
     101 W. Nueva, Suite 370              101 W. Nueva, Suite 310
     San Antonio, TX 78205               Paul Elizondo Tower 1
                                          San Antonio, TX 78205